# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| Brian M. Stojak ) | Case No. 1:22-bk-00907-HWV |
| ) | |
| Debtor, ) | |
| ) | |

## PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Zwicker & Associates, P.C., as authorized agent for creditor of Bankruptcy Procedure and sections 102(I), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., that all notices given or required to be given and all papers served or required to be served in this case also given to and served, whether electronically or otherwise, on:

    American Express National Bank
    c/o Zwicker & Associates, P.C.
    80 Minuteman Road, P.O. Box 9043
    Andover, MA 01810-1041
    P(877)214-4172
    F(978)631-0091
    E-mail: bknotices@zwickerpc.com

Dated at Andover, Massachusetts this 20th day of May, 2022.

    /s/ Karen L. Belair
    Karen L. Belair
    Zwicker & Associates, P.C.
    Authorized Agent for American Express
    National Bank
    80 Minuteman Road
    P.O. Box 9043
    Andover, MA 01810-1041
    (877)214-4172