Certificate Number: 15317-PAM-DE-036600702

Bankruptcy Case Number: 22-00907


15317-PAM-DE-036600702

# <u>C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small></u>

I CERTIFY that on <u>June 7, 2022</u>, at <u>1:57</u> o'clock <u>PM PDT</u>, <u>Brian M Stojak</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 7, 2022</u>     By:  <u>/s/Christel Raz</u>

Name: <u>Christel Raz</u>

Title: <u>Counselor</u>