# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| BRIAN M. STOJAK | : | 1:22-bk-00907-HWV |
| | : | |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Chad J. Julius, with the firm of Jacobson, Julius & Harshberger, hereby certify that on July 28, 2022, a true and correct copy of the ORDER CONFIRMING CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

By: /s/ Chad J. Julius
Chad J. Julius

Date: July 28, 2022

```
Label Matrix for local noticing          American Express National Bank, c/o Zwicker    PRA Receivables Management, LLC
0314-1                                   80 Minuteman Road                              PO Box 41021
Case 1:22-bk-00907-HWV                   P.O. Box 9043                                  Norfolk, VA 23541-1021
Middle District of Pennsylvania          Andover, MA 01810-0943
Harrisburg
Thu Jul 28 09:54:46 EDT 2022

U.S. Bankruptcy Court                    Aes Members 1st Fcu                            Affirm, Inc.
Ronald Reagan Federal Building           Attn: Bankruptcy                               Attn: Bankruptcy
228 Walnut St, Rm 320                    Po Box 40                                      30 Isabella St, Floor 4
Harrisburg, PA 17101-1737                Mechanicsburg, PA 17055-0040                   Pittsburgh, PA 15212-5862


American Express National Bank, AENB     Amex                                           Capital One/Walmart
c/o Zwicker and Associates, P.C.         Correspondence/Bankruptcy                      Attn: Bankruptcy
Attorneys/Agents for Creditor            Po Box 981540                                  P.O. Box 30285
P.O. Box 9043                            El Paso, TX 79998-1540                         Salt Lake City, UT 84130-0285
Andover, MA 01810-0943


(p)JPMORGAN CHASE BANK N A               Citibank/Exxon Mobile                          Citibank/The Home Depot
BANKRUPTCY MAIL INTAKE TEAM              Attn: Bnakruptcy                               Citicorp Credit Srvs/Centralized Bk dept
700 KANSAS LANE FLOOR 01                 Po Box 790034                                  Po Box 790034
MONROE LA 71203-4774                     St Louis, MO 63179-0034                        St Louis, MO 63179-0034


(p)CITIZENS BANK N A                     Costco Anywhere Visa Card                      Fetti Fingerhut/webban
ATTN BANKRUPTCY TEAM                     Attn: Bankruptcy                               13300 Pioneer Trail
ONE CITIZENS BANK WAY                    Po Box 6500                                    Eden Prairie, MN 55347-4120
JCA115                                   Sioux Falls, SD 57117-6500
JOHNSTON RI 02919-1922


Fingerhut                                JG Wentworth                                   JPMorgan Chase Bank, N.A.
Attn: Bankruptcy                         201 King of Prussia Road                       s/b/m/t Chase Bank USA, N.A.
6250 Ridgewood Road                      Wayne, PA 19087-5147                           c/o Robertson, Anschutz & Schneid, P.L.
Saint Cloud, MN 56303-0820                                                              6409 Congress Avenue, Suite 100
                                                                                        Boca Raton, FL 33487-2853


LVNV Funding, LLC                        Lebanon Fcu                                    Loancare, Cit Bank,
Resurgent Capital Services               300 Schneider Dr                               Attn: Consumer Solutions Dept
PO Box 10587                             Lebanon, PA 17046-4811                         Po Box 8068
Greenville, SC 29603-0587                                                               Virginia Beach, VA 23450-8068


Members 1st FCU                          Mrc/united Wholesale M                         Ocwen Loan Servicing, LLC
5000 Marketplace Way                     Attn: Bankruptcy                               Attn: Bankruptcy
Enola, PA 17025-2431                     P. O. Box 619098                               661 Worthington Rd Ste 100
                                         Dallas, TX 75261-9098                          West Palm Beach, FL 33409


Prosper Funding LLC                      Quicken Loans                                  Rocket Mortgage, LLC fka Quicken Loans, at.
221 Main Street                          Attn: Bankruptcy                               635 Woodward Avenue
Suite 300                                1050 Woodward Avenue                           Detroit MI 48226-3408
San Francisco, CA 94105-1909             Detroit, MI 48226-3573


Syncb/Harbor Freight                     Synchrony Bank                                 Synchrony Bank/JCPenney
Attn: Bankruptcy                         c/o PRA Receivables Management, LLC            Attn: Bankruptcy
Po Box 965060                            PO Box 41021                                   Po Box 965060
Orlando, FL 32896-5060                   Norfolk, VA 23541-1021                         Orlando, FL 32896-5060
```

| Synchrony Bank/Lowes | Synchrony Bank/Sams Club | Synchrony Bank/TJX |
|---|---|---|
| Attn: Bankruptcy | Attn: Bankruptcy | Attn: Bankruptcy Dept |
| Po Box 965060 | Po Box 965060 | Po Box 965064 |
| Orlando, FL 32896-5060 | Orlando, FL 32896-5060 | Orlando, FL 32896-5064 |

| Synchrony/HSN | Trac/CBCD/Citicorp | United States Trustee |
|---|---|---|
| Attn: Bankruptcy | Citicorp Credit/Centralized Bankruptcy | 228 Walnut Street, Suite 1190 |
| Po Box 965060 | Po Box 6497 | Harrisburg, PA 17101-1722 |
| Orlando, FL 32896-5060 | Sioux Falls, SD 57117-6497 | |

| Brian M. Stojak | Chad J. Julius | (p)JACK N ZAHAROPOULOS |
|---|---|---|
| 1 Hollendale Street Royalton | Jacobson & Julius | ATTN CHAPTER 13 TRUSTEE |
| Middletown, PA 17057-1561 | 8150 Derry Street, Suite A | 8125 ADAMS DRIVE SUITE A |
| | Harrisburg, PA 17111-5212 | HUMMELSTOWN PA 17036-8625 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Chase Auto Finance | (d)Chase Card Services | Citizens Bank |
|---|---|---|
| Attn: Bankruptcy | Attn: Bankruptcy | Attn: Bankruptcy |
| Po Box 901076 | P.O. 15298 | 1 Citizens Dr |
| Fort Worth, TX 76101 | Wilmington, DE 19850 | Riverside, RI 02915 |

| (d)Citizens Bank N.A. | Jack N Zaharopoulos (Trustee) | |
|---|---|---|
| One Citizens Bank Way | Standing Chapter 13 Trustee | |
| Mailstop: JCA115 | 8125 Adams Drive, Suite A | |
| Johnston, RI 02919 | Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Rocket Mortgage, LLC f/k/a Quicken Loans, | End of Label Matrix | |
|---|---|---|
| | Mailable recipients | 38 |
| | Bypassed recipients | 1 |
| | Total | 39 |

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian M. Stojak,

**Debtor 1**

Chapter 13

Case No. 1:22-bk-00907-HWV

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on May 13, 2022. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 27, 2022

orcnfpln(05/18)